FILED
CLERK, U.S. DISTRICT COURT

JAN 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DEXTER HAYNES,<br><br>            Petitioner,<br><br>    v.<br><br>J.F. SALAZAR, Warden,<br><br>            Respondent. | No. CV 06-8207-VAP (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Petitioner's request for an injunction be denied without prejudice.

DATED: January 31, 2008

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE