# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DEXTER HAYNES, | No. CV 06-8207-VAP (AGR) |
| Petitioner, | |
| v. | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| J. F. SALAZAR, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Petition, the Magistrate Judge's Report and Recommendation, the Objections to the Report and Recommendation, and all records in the file. Having made a de novo determination, the Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that the Magistrate Judge's Report and Recommendation is adopted.

IT IS FURTHER ORDERED that a conditional writ of habeas corpus is granted ordering that Respondent shall treat Petitioner's upper term sentence as a middle term sentence, unless within ninety days of the entry of judgment, Petitioner is resentenced in compliance with *Blakely* and *Cunningham*.

1       IT IS FURTHER ORDERED that Judgment be entered accordingly.

3   DATED:  August 18, 2009           /s/ Virginia A. Phillips
4                                         VIRGINIA A. PHILLIPS
                                       UNITED STATES DISTRICT JUDGE