1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**
8 **CENTRAL DISTRICT OF CALIFORNIA**
9 **WESTERN DIVISION**
10

11 DEXTER HAYNES,                )       No.  CV 06-8207-VAP (AGR)
                              )
12                Petitioner,    )
                              )       **JUDGMENT**
13      v.                       )
                              )
14 J.F. SALAZAR, Warden,         )
                              )
15                Respondent.    )
                              )
16 ─────────────────────────────

17      Pursuant to the order adopting the magistrate judge's report and

18 recommendation,

19      IT IS ADJUDGED that a conditional writ of habeas corpus is granted ordering

20 that Respondent shall treat Petitioner's upper term sentence as a middle term

21 sentence, unless within ninety days of the entry of judgment, Petitioner is

22 resentenced in compliance with *Blakely* and *Cunningham*.

23

24 DATED:  August 18, 2009         _____
                                        VIRGINIA A. PHILLIPS
25                                      UNITED STATES DISTRICT JUDGE

26
27
28